JS-6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11   SAIF HUSSAIN and CHANDRAKANT          No.  CV 11-1816 PA (MANx)
     SHINDE,
12                                          JUDGMENT
                     Plaintiffs,
13
             v.
14
     COFFMAN ENGINEERS, INC.,
15
                     Defendant.
16

17        In accordance with the Court's April 30, 2012 Order granting the Motion for

18   Summary Judgment filed by defendant Coffman Engineers, Inc. ("Coffman") as to the

19   claims asserted by plaintiff Chandrakant Shinde ("Shinde"), and the claims of plaintiff Saif

20   Hussain having been previously dismissed,

21        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Coffman shall have

22   judgment entered in its favor against Shinde.

23        IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Shinde take

24   nothing and that Coffman shall recover its costs of suit.

25   DATED: April 30, 2012

26                                          _____

27                                              Percy Anderson
                                              UNITED STATES DISTRICT JUDGE
28