JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAIF HUSSAIN and CHANDRAKANT SHINDE,

          Plaintiffs,

     v.

COFFMAN ENGINEERS, INC.,

          Defendant.

No.  CV 11-1816 PA (MANx)

JUDGMENT

     In accordance with the Court's April 30, 2012 Order granting the Motion for Summary Judgment filed by defendant Coffman Engineers, Inc. ("Coffman") as to the claims asserted by plaintiff Chandrakant Shinde ("Shinde"), and the claims of plaintiff Saif Hussain having been previously dismissed,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Coffman shall have judgment entered in its favor against Shinde.

     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Shinde take nothing and that Coffman shall recover its costs of suit.

DATED: April 30, 2012

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE